STATE of Missouri, Respondent,

v.

**John Paul ALLEN, Appellant.**

**No. WD 58862.**

Missouri Court of Appeals, Western District.

Submitted July 3, 2001.

Decided Aug. 21, 2001.

Tara L. Jensen, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., John M. Morris, Asst. Attorney General, Jefferson City, MO, for Respondent.

Before THOMAS H. NEWTON, P.J., HAROLD L. LOWENSTEIN, and JAMES M. SMART, JR., JJ.

*Order*

PER CURIAM:

John Paul Allen appeals his convictions of robbery in the first degree and armed criminal action. He contends the evidence was insufficient to sustain the conviction. Having considered his arguments on appeal, we affirm the convictions by summary order pursuant to Rule 30.25(b). A formal opinion would lack precedential value. A memorandum is furnished to the parties explaining the basis of our decision.

The judgment is affirmed. Rule 30.25(b).